Martin Rothbarth and Others, Respondents, v. Felix Herzfeld and Albert Stern, Appellants.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

The People of the State of New York ex rel. The Central Trust Company of New York, as Substituted Trustee under the Last Will and Testament of Jason Rogers, Deceased, Respondent, v. William A. Prendergast, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs. No opinion.

The People of the State of New York, Respondent, v. William McIntyre, Appellant.— Judgment and order affirmed. No opinion.

The People of the State of New York ex rel. The Trustees and Associates of the Brooklyn Benevolent Society, Appellant, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1908.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

James A. Grant and Nettie L. Grant, Appellants, v. Greene Consolidated Copper Company and Cananea Consolidated Copper Company, Respondents, Impleaded with William C. Greene and Cobre Grande Copper Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Jacob Ruppert, Respondent, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1905.) — Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham, P. J., and Scott, J., dissented.)

Robert Lee Fisher, Appellant, v. Florence E. Fisher, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Herman Gottlieb, Appellant, v. Simon J. Altschuler and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Julien J. Mason and Others, Respondents, v. Herman Fromme, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

De Forest Grant, Appellant, v. Atlantic Terra Cotta Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Pennsylvania Railways Advertising Company, Appellant, v. Waverly, Sayre and Athens Traction Company and National Car Advertising Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Annie Howlett, an Infant, by Mary Gillespie, Her Guardian ad Litem, Respondent, v. The American Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (McLaughlin, J., dissented.)

In the Matter of the Voluntary Dissolution of the Home Book Company, a New Corporation. Edward F. Lovell, as Receiver of the Home Book Company, Appellant; Edward Lange, Trustee, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Merritt & Chapman Derrick and Wrecking Company, Respondent, v. The Terry & Tench Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.